STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
E-mail: steven.shevorski@akerman.com

## UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OAKVIEW CONSTRUCTION, INC., an Iowa corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HUFFMAN BUILDERS WEST, LLC, a Nevada limited liability company; VENTURE CORPORATION, a California corporation; DOES I through X; ROE CORPORATIONS I through X,<br><br>Defendants. | CASE NO. 2:10-cv-984-ECR-RJJ<br><br>**MOTION FOR MISCELLANEOUS RELIEF – MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST AND ORDER GRANTING MOTION** |

Steven G. Shevorski, Esq., files this motion to remove himself from the CM/ECF System List in the above-entitled matter. Steven G. Shevorski, Esq., formerly worked for Jones Vargas but is now employed by Akerman Senterfitt, a firm which does not represent any party to this action.

DATED this 25th day of March, 2011.

**AKERMAN SENTERFITT LLP**

/s/ Steven G. Shevorski
STEVEN G. SHEVORSKI, ESQ..
Nevada Bar No. 8256
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

{LV025238;1} 1

IT IS SO ORDERED this 30th day of March, 2011.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE
DATE: MARCH 30, 2011

AKERMAN SENTERFITT LLP
400 SOUTH FOURTH STREET, SUITE 450
LAS VEGAS, NEVADA 89101
TEL.: (702) 634-5000 – FAX: (702) 380-8572